Submitted August 16—decided October 27, 1971

CHARLOTTE BRODY *v.* VERA DUNNIGAN

The motion by the defendant for review of the action of the Circuit Court in the fourteenth circuit dismissing her appeal and terminating a stay of

execution for her failure to post an appellate bond is denied in the absence of a finding. See Practice Book § 694.

*Sydney T. Schulman,* in support of the motion.

Submitted October 21—decided October 27, 1971